IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM McADAMS, MICHAEL ASHMORE,**
and **CHRISTOPHER DUDLEY,**

    Plaintiffs,

vs.                                                                    CASE NO. 5:11-cv-247/RS-CJK

**PLANT PERFORMANCE SERVICES, LLC,**
**d/b/a P2S**, a Texas limited liability company and
a wholly-owned subsidiary of Fluor Corporation,
and **FLUOR CORPORATION**, a Texas corporation,

    **Defendants.**
_____ /

## ORDER

Before me is the Notice of Voluntary Dismissal (Doc. 247). Pursuant to Fed. R. Civ. P. 41(a)(1), this case is **DISMISSED without prejudice**.

**ORDERED** on August 23, 2011.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**